# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKAL BRUSAMTONE MAKFARSAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEWSOM,<br><br>　　　　　Defendant. | Case No.  1:26-cv-00505-FRS (BAM) (PC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Plaintiff Makal Brusamtone Makfarsan, a.k.a. Michael Bruce Anthony McPherson, ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983, together with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, in the Fresno Division of the United States District Court for the Eastern District of California on January 21, 2026.  (ECF Nos. 1, 2.)

In preparing to screen the complaint, the Court notes that Plaintiff names Gavin Newsom, Governor, as the sole defendant, and does not indicate a location for where the alleged violation of his rights occurred.  As such, it appears that the complaint should have been filed in the Sacramento Division of the United States District Court for the Eastern District of California.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court.  Therefore, this action will be transferred to the Sacramento Division.

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

3. This Court has not ruled on Plaintiff's request to proceed in forma pauperis.  (ECF No. 2.)

IT IS SO ORDERED.

Dated:   **January 27, 2026**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

2